[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 07-15754
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
November 5, 2008
THOMAS K. KAHN
CLERK

D. C. Docket No. 07-00118-CR-T-24-MSS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILLIAMSON DIMANCHE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(November 5, 2008)**

Before TJOFLAT, ANDERSON and MARCUS, Circuit Judges.

PER CURIAM:

Ray Lopez, counsel for Williamson Dimanche, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Dimanche has filed a document that we have construed as a motion for an extension of time to file a supplemental reply to the <u>Anders</u> motion. Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Dimanche was able to file a response to counsel's brief raising several issues of alleged arguable merit. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Dimanche's conviction and sentence are **AFFIRMED**. Because Dimanche had opportunity to file an extensive response to counsel's motion, his motion for an extension of time to file a supplemental reply is **DENIED**.